COURT OF APPEALS OF VIRGINIA

Present:  Chief Judge Moon, Senior Judges Cole and Duff

MCV HOSPITAL/COMMONWEALTH OF VIRGINIA

v.   Record No. 2118-95-2                   MEMORANDUM OPINION*
                                                 PER CURIAM
VIOLET FORD-HILL                            MARCH 19, 1996

                            FROM THE VIRGINIA WORKERS'
COMPENSATION COMMISSION

          (James S. Gilmore, III, Attorney General;
          Catherine C. Hammond, Deputy Assistant
          Attorney General; Gregory E. Lucyk, Senior
          Assistant Attorney General; Raymond L.
          Doggett, Jr., Assistant Attorney General,
          on briefs), for appellant.

          (Geoffrey R. McDonald; Laura L. Geller;
          McDonald & Snesil, on brief), for appellee.

     MCV Hospital/Commonwealth of Virginia ("employer") contends

that the Workers' Compensation Commission erred in finding that

(1) Violet Ford-Hill's bilateral carpal tunnel syndrome qualifies

as a compensable occupational disease within the meaning of

"disease" under the Workers' Compensation Act ("the Act"); (2)

Ford-Hill's carpal tunnel syndrome was caused by her employment;

and (3) Dr. Robert S. Adelaar was an authorized treating

physician.

     This appeal is controlled by the Supreme Court's decision in

Stenrich Group v. Jemmott, ___ Va. ___, ___, ___ S.E.2d ___, ___

(1996) (holding that "job-related impairments resulting from

_____

     *Pursuant to Code § 17-116.010 this opinion is not
designated for publication.

cumulative trauma caused by repetitive motion, however labeled or however defined, are, as a matter of law, not compensable under the present provisions of the Act").  Because <u>Stenrich</u> is dispositive of this appeal, we need not address the remaining questions presented by employer.

Accordingly, we reverse the commission's decision.

<u>Reversed.</u>